```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

YITZ GROSSMAN,                           :

               Plaintiff,      :

     - against -                         :

DAVID OGOREK a/k/a USHER OGOREK          :
and ELISHEVA ORGOREK a/k/a
SHEVY OGOREK,                            :

               Defendants.     :

- - - - - - - - - - - - - - - - - -x

**ORDER**

09 Civ. 7382 (DC)

**CHIN, District Judge**

       For the reasons discussed today on the record, plaintiff's motion for a preliminary injunction is denied. Defendant shall move to dismiss by October 30, 2009. Plaintiff shall file opposition papers by November 24, 2009. Defendant may file a reply by December 4, 2009.

       SO ORDERED.

Dated:   New York, New York
        September 29, 2009

                                  DENNY CHIN
                                United States District Judge